**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Chawalit WONGKHIAO, a/k/a Chow Wongkhiao, Defendant-Appellant.**

**No. 16-10643 Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 01/05/2017

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Arnold B. Corsmeier, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Chawalit Wongkhiao, D Ray James CF—Inmate Legal Mail, Folkston, GA, for Defendant-Appellant

Before JORDAN, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Chawalit Wongkhaio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wongkhaio's conviction and sentence are **AFFIRMED**.